## Habeas Cases with Order Non-Compliance

**Hakan K. v. Noem, et al.**, Case No. 25-CV-4722 (JMB/DTS) (January 24, 2026 order)

**Luis L.P. v. Brott, et al.**, Case No. 25-CV-4741 (NEB/DJF) (January 9, 2026 order)

**Ahmed A. v. Pamela Bondi, et al.**, Case No. 25-CV-4776 (JWB/DJF) (January 6, 2026 order)

**Francisco E.O. v. Olson, et al.**, Case No. 26-CV-080 (JRT/DJF) (January 15, 2026 order)

**Suhaib M. v. Kristi Noem, et al.**, Case No. 26-CV-013 (JWB/DJF) (January 12, 2026 order)

**Alex V.Y.L. v. Pamela Bondi, et al.**, Case No. 26-CV-031 (JWB/DJF) (January 9, 2026 order)

**Francisco E.O. v. Olson, et al.**, Case No. 26-CV-080 (JRT/DJF) (January 15, 2026 order)

**Marlon M.M. v. Easterwood, et al.**, Case No. 26-CV-106 (NEB/ECW) (January 15, 2026 order)

**Juan T.R. v. Noem, et al.**, Case No. 26-CV-0107 (PJS/DLM) (January 14, 2026 order)

**Sharet B.G.M. v. Lyons, et al.**, Case No.26-CV-120 (JRT/DTS) (January 15, 2026 order)

**Botir B. v. Bondi, et al.**, Case No. 26-CV-130 (LMP/DJF) (January 15, 2026 order)

**Lide E.G.Q. v. Executive Office for Immigration Review, et al.**, Case No. 26-CV-138 (JWB/JFD) (January 9, 2026 order)

**Jhony A. v. Bondi, et al.**, Case No. 26-CV-00146 (JMB/LIB) (January 15, 2026 order)

**Christopher A.F.E. v. Pamela Bondi, et al.**, Case No. 26-CV-150 (JWB/ECW) (January 14, 2026 order)

**Evelin M.A. v. Bondi, et al.**, Case No. 26-CV-156 (NEB/DLM) (January 23, 2026 order)

**Jose A. v. Bondi, et al.**, Case No. 26-CV-160 (NEB/EMB) (January 15, 2026 order)

**Pascual G. v. Bondi, et al.**, Case No. 26-CV-00161 (JMB/LIB) (January 12, 2026 Order)

**Santiago A.C.P. v. Todd Lyons, et al.**, Case No. 26-CV-164 (JWB/DTS) (January 15, 2026 order; January 19, 2026 order; January 20, 2026 order)

**Andrei C. v. Lyons, et al.**, Case No. 26-CV-166 (SRN/ECW) (January 12, 2026 order)

**Oscar O.T. v. Pamela Bondi, et al.**, Case No. 26-CV-167 (JWB/JFD) (January 15, 2026 order; January 19, 2026 order: January 20, 2026 order)

**Martin R. v. Bondi, et al.**, Case No. 26-CV-00168 (JMB/LIB) (January 12, 2026 order; January 20, 2026 order; January 21, 2026 order)

**Abdi W. v. Trump, et al.**, Case No. 26-CV-00208 (KMM/SGE) (January 21, 2026)

**Adriana M.Y.M. v. David Easterwood, et al.**, Case No. 26-CV-213 (JWB/JFD) (January 24, 2026 order)

**Estefany J.S. v. Pamela Bondi, et al.**, Case No. 26-CV-216 (JWB/SGE) (Two January 13, 2026 orders)

**Martha S.S. v. Kristi Noem, et al.**, Case No. 26-CV-231 (JWB/DLM) (January 16, 2026 order; January 20, 2016 order)

**Joaquin Q. L. v. Bondi, et al.**, Case No. 26-CV-233 (LMP/DTS) (January 14, 2026 order; January 21, 2026 order)

**Jose L.C.C. v. Pamela Bondi, et al.**, Case No. 26-CV-244 (JWB/DTS) (January 15, 2026 order; January 19, 2026 order)

**Juan R. v. Bondi, et al.**, Case No. 26-CV-252 (SRN/DTS) (January 16, 2026 order)

**Jesus A.P. v. Bondi, et al.**, Case No. 26-CV-261 (PJS/EMB) (January 15, 2026 order)

**Abdiqadir A. v. Bondi, et al.**, Case No. 26-CV-272 (JMB/DTS) (January 16, 2026 order)

**Bashir Ali K. v. Noem, et al.**, Case No. 26-CV-276 (LMP/DTS) (January 22, 2026 order)

**Roman N. v. Donald Trump, et al.**, Case No. 26-CV-282 (JWB/DLM) (January 3, 2026 order; January 17, 2026 order)

**Sandra C. v. Bondi, et al.**, Case No. 26-CV-00283 (JMB/JFD) (January 16, 2026 order; January 21, 2026 order)

**Yeylin C.R. v. Bondi, et al.**, Case No. 26-CV-296 (NEB/LIB) (January 20, 2026 order)

**Liban G. v. Noem, et al.**, Case No. 26-CV-301 (SRN/ECW) (January 15, 2026 order; January 16, 2026 order; January 20, 2026 order; January 22, 2026 order)

**Joseph T.M. v. Bondi, et al.**, Case No. 26-CV-0309 (PJS/EMB) (January 22, 2026 order)

**Obildzhon E. v. Pamela Bondi, et al.**, Case No. 26-CV-312 (JWB/DTS) (January 17, 2026 order)

**Corina E. v. Pamela Bondi, et al.**, Case No. 26-CV-313 (JWB/DTS) (January 17, 2026 order)

**E.E. v. Pamela Bondi, et al.**, Case No. 26-CV-314 (JWB/DTS) (January 17, 2026 order)

**Manolo Z. L. v. Trump**, et al., Case No. 26-CV-316 (LMP/DTS) (January 15, 2026 order)

**William L.-C. v. Bondi**, et al., Case No. 26-CV-317 (NEB/JFD) (January 18, 2026 order)

**Diana L.-C. v. Bondi**, et al., Case No. 26-CV-319 (NEB/JFD) (January 18, 2026 order)

**Felix J.C.A. v. Pamela Bondi, et al.**, Case No. 26-CV-328 (JWB/DLM) (January 24, 2026 order)

**Ihor D. v. Noem, et al.**, Case No. 26-CV-00351 (JMB/DTS) (January 20, 2026 order; January 22, 2026 order)

**Francisco M. v. Bondi, et al.**, Case No. 26-CV-369 (JMB/EMB) (January 16, 2026 order; January 23, 2026 order)

**Alberto C.M. v. Noem, et al.**, Case No. 26-CV-0380 (DWF/SGE) (January 23, 2026 order)

**Josue David P. A. v. Bondi, et al.**, Case No. 26-CV-396 (LMP/JFD) (January 17, 2026 order)

**Nadejda P. v. Lyons, et al.**, Case No. 26-CV-00404 (KMM/DLM) (January 22, 2026)

**Paula G. v. Bondi, et al.**, Case No. 26-CV-410 (JMB/DLM) (January 17, 2026 order; January 20, 2026 order)

**Ronnie C. v. Pamela Bondi, et al.**, Case No. 26-CV-423 (JWB/JFD) (January 18, 2026 order; January 21, 2026 order)

**J.B.C.O. et al., v. Bondi, et al.**, Case No. 26-CV-0424 (JRT/DJF) (Two January 19, 2026 orders; January 25, 2026 order)

**Silvestre R. C. v. Bondi**, et al., No. 26-CV-436 (LMP/JFD) (January 23, 2026 order)

**Darvin M. v. Bondi, et al.**, Case No. 26-CV-437 (SRN/EMB) (January 19, 2026 order)

**Maria U.C.G. v. Pamela Bondi, et al.**, Case No. 26-CV-439 (JWB/LIB) (January 24, 2026 order)

**Abdirahman S. v. Bondi, et al.**, Case No. 26-CV-00440 (JMB/DJF) (January 22, 2026 order)

**Enrique L. v. Bondi, et al.**, Case No. 26-CV-00444 (JMB/SGE) (January 22, 2026 order)

**Fernando T. v. Noem, et al.**, Case No. 26-CV-0445 (ECT/EMB) (January 20, 2026 order)

**Alexis D.A.M. v. Bondi, et al.**, Case No. 26-CV-447 (JRT/ECW) (January 20, 2026 order)

**Miguel D. v. Bondi, et al.**, 26-CV-00448 (KMM/DLM) (January 23, 2026 order)

**Hector T.G. v. Bondi, et al.**, Case No. 26-CV-449 (NEB/LIB) (January 23, 2026 order)

**Luis S. v. Bondi, et al.**, Case No. 26-CV-454 (ECT/LIB) (January 22, 2026 order)

**Sonia M.M.C. v. Pamela Bondi, et al.**, Case No. 26-CV-457 (JWB/LIB) (January 24, 2026 order)

**Jose A. v. Noem, et al.**, Case No. 26-CV-00480 (JMB/ECW) (January 26, 2026 order)

**Ivan R. v. Pamela Bondi, et al.**, Case No. 26-CV-485 (JWB/EMB) (January 21, 2026 order; January 24, 2026 order)

**Yosber I.M.C. v. Bondi, et al.**, Case No. 26-CV-489 (JRT/DLM) (January 21, 2026 order)

**Fabian L.C. v. Bondi, et al.**, Case No. 26-CV-493 (NEB/DLM) (January 24, 2026 order)

**Maria P. v. Brott, et al.**, Case No. 26-CV-00504 (JMB/JFD) (January 23, 2026 order)

**Brayan M.O. v. Bondi, et al.**, Case No. 26-CV-517 (NEB/JFD) (January 24, 2026 order)

**Isidro L. v. Lyons, et al.**, Case No. 26-CV-00537 (JMB/DLM) (January 22, 2026 order)

**Maria V.H., et al., v. Bondi, et al.**, Case No. 26-CV-546 (JMG/DLM) (January 24, 2026 order)

**Elvis T. E., et al. v. Bondi, et al.**, Case No. 26-CV-00561 (KMM/JFD) (January 22, 2026 order)

**Guled O. v. Noem, et al.**, Case No. 26-CV-0575 (ADM/DJF) (January 23, 2026 order)

**Carlos A. G. v. Bondi, et al.**, Case No. 26-CV-00580 (SRB-DJF) (January 23, 2026 order)

**Jose V. v. Easterwood, et al.**, Case No. 26-CV-597 (DSD/LIB) (January 25, 2026 order)

**Marco Q. v. Noem, et al.**, Case No. 26-CV-00663 (SRB-DLM) (January 26, 2026 order)