# APPENDIX A

## Habeas Cases with Order Non-Compliance

**Hakan K. v. Noem, et al.,** Case No. 25-CV-4722 (JMB/DTS)

On December 24, 2025, the Court ordered Respondents to release Petitioner by 1:00 pm on December 25 and, within 7 days, submit a declaration affirming release in accordance with the order. ECF No. 14. Respondents did not file a declaration, requiring the Court to issue an order to show cause. ECF No. 16.

**Luis L.P. v. Brott, et al.,** Case No. 25-CV-4741 (NEB/DJF)

On January 9, 2026, the Court ordered a bond hearing or release within 7 days. ECF No. 8. On January 15, Petitioner was granted bond and paid bond the next day, but, based on a claimed administrative error, was not released until January 26. ECF Nos. 10–13, 15.

**Alex V.Y.L. v. Pamela Bondi, et al.,** Case No. 26-CV-031 (JWB/DJF)

On January 9, 2026, Respondents were ordered to confirm Petitioner's release within 48 hours. ECF No. 7. The update was not timely filed.

**Francisco E.O. v. Olson, et al.,** Case No. 26-CV-080 (JRT/DJF)

On January 15, 2026, the Court ordered Respondents to return Petitioner to Minnesota for a bond hearing within 7 days. ECF No. 11. Respondents failed to return Petitioner to Minnesota or hold a bond hearing by the deadline. ECF Nos. 12, 14. On January 23, the Court ordered Respondents to return Petitioner to Minnesota no later than January 24, release him immediately upon his return, and provide a status update by 5:00 pm on January 26. ECF No. 14. Petitioner was finally returned to Minnesota and released on January 28. ECF No. 17.

**Marlon M.M. v. Easterwood, et al.,** Case No. 26-CV-106 (NEB/ECW)

On January 15, 2026, the Court ordered that Petitioner, who had been transferred to Texas, be released immediately in Minnesota subject to the conditions of his previous order of release. ECF No. 10. On January 20, Respondents notified the

Court that Petitioner was still in Texas. ECF No. 12. Respondents did not release Petitioner until January 21, subject to a new order of recognizance. ECF No. 15.

**Juan T.R. v. Noem, et al.,** Case No. 26-CV-0107 (PJS/DLM)

On January 14, 2026, the Court ordered Respondents to provide a bond hearing or release Petitioner within 7 days. ECF No. 4. On January 23, Petitioner notified the Court that he had not received a bond hearing and was still in custody. ECF No. 6. After the Court scheduled a show-cause hearing, Respondents released Petitioner on January 27. ECF Nos. 7, 9.

**Sharet B.G.M. v. Lyons, et al.,** Case No. 26-CV-120 (JRT/DTS)

On January 15, 2026, the Court ordered Respondents to return Petitioner to Minnesota for a bond hearing to be held within 7 days and, failing that, to release her immediately. ECF No. 9. On January 25, Respondents reported that they were unable to return Petitioner to Minnesota by the deadline and she was still detained in Texas. ECF No. 10. At the parties' request, the Court ordered that Petitioner be immediately released in Texas. ECF Nos. 10, 12.

**Botir B. v. Bondi, et al.,** Case No. 26-CV-130 (LMP/DJF)

On January 9, 2026, at 2:23 pm, the Court ordered Respondents to provide the Petitioner and the Court 72 hours' notice before transferring Petitioner outside of Minnesota. ECF No. 3. Without notice, Respondents moved Petitioner to Texas on January 9. ECF No. 6 at 2. Respondents did not identify what time they moved Petitioner, but they did not contest the Court's conclusion that the transfer occurred after the Court's show-cause order and agreed to return Petitioner to Minnesota without further order of the Court. *Id.* at 2 n.1.

**Lida E.G.Q. v. Executive Office for Immigration Review, et al.,** Case No. 26-CV-138 (JWB/JFD)

On January 9, 2026, the Court enjoined Respondents from removing Petitioner from Minnesota. ECF No. 3. On January 10, Respondents transferred Petitioner to Texas. ECF No. 6.

**Jhony A. v. Bondi, et al.,** Case No. 26-CV-00146 (JMB/LIB)

On January 15, 2026, the Court ordered Respondents to provide Petitioner a bond hearing by 5:00 pm on January 16 or release him immediately. ECF No. 5. The Court further ordered Respondents to provide a status update by 11:00 am on January 20. *Id.* At 2:42 pm on January 20, having received no status update, the Court ordered Respondents to file an update by 4:30 pm and provide a basis for their delay. ECF No. 7. Respondents filed an update stating that Petitioner had been released on January 17. ECF No. 8.

**Christopher A.F.E. v. Bondi, et al.,** Case No. 26-CV-150 (JWB/ECW)

On January 14, 2026, the Court ordered Respondents to immediately release Petitioner in Minnesota and to confirm the time, date, and location of release within 48 hours. ECF No. 9. Respondents informed the Court that Petitioner would be released on January 17 and that an update would be provided. ECF No. 10. On January 19, having received no update, the Court ordered Respondents to provide an update by 3:00 pm confirming that Petitioner was released in Minnesota on January 17. ECF No. 11. Respondents confirmed that Petitioner was released in Minnesota, but did not provide the time or date of release. ECF No. 12.

**Evelin M.A. v. Bondi, et al.,** Case No. 26-CV-156 (NEB/DLM)

On January 23, 2026, the Court ordered Petitioner to be released in Minnesota within 24 hours, and ordered Respondents to file an update confirming compliance within 2 days. ECF No. 9. Petitioner was not released until January 27 and Respondents failed to file an update until January 29, which failed to state where Petitioner was released. ECF No. 12.

**Jose A. v. Bondi, et al.,** Case No. 26-CV-160 (NEB/EMB)

On January 15, 2026, the Court ordered immediate release in Minnesota and for Respondents, within 2 days, to confirm Petitioner's release and provide a status update concerning whether they informed Petitioner's counsel of Petitioner's location and whether family was allowed to deliver Petitioner's medication to him. ECF No. 8. On January 17, Petitioner's counsel notified the Court that, upon information and belief, Petitioner was still in Texas and counsel had no update on Petitioner's release nor confirmation that Petitioner's medications were provided

3

to him. ECF No. 10. On January 20, Respondents updated the Court via email that Petitioner had been released on January 18.

**Pascual G. v. Bondi, et al.,** Case No. 26-CV-00161 (JMB/LIB)

On January 15, 2026, the Court ordered Respondents to provide Petitioner a bond hearing no later than January 16 at 5:00 pm or release him immediately and to provide a status update by 11:00 am on January 20. ECF No. 5. Respondents did not release Petitioner until January 17 and did not file an update until after the deadline had passed and the Court issued another order. ECF Nos. 7–8.

**Santiago A.C.P. v. Todd Lyons, et al.,** Case No. 26-CV-164 (JWB/DTS)

On January 15, 2026, the Court ordered immediate release in Minnesota and for Respondents to confirm the date, time, and location of release within 48 hours. ECF No. 9. Respondents did not release Petitioner until 10:03 pm on January 19 and did not confirm the time, date, and location of release until the Court again ordered them to do so. ECF Nos. 12–14, 17–18.

**Andrei C. v. Lyons, et al.,** Case No. 26-CV-166 (SRN/ECW)

On January 12, 2026, at 11:32 am, the Court enjoined Respondents from transporting Petitioner outside of Minnesota. ECF No. 3. Respondents moved Petitioner to Texas that afternoon, after the Court's order had been served on Respondents. ECF No. 9.

**Oscar O.T. v. Pamela Bondi, et al.,** Case No. 26-CV-167 (JWB/JFD)

On January 15, 2026, the Court ordered immediate release in Minnesota and required Respondents to confirm the time, date, and location of Petitioner's release within 48 hours. ECF No. 6. Respondents did not release Petitioner until January 28, ECF No. 30, after failing to file updates, ECF Nos. 9, 11, and informing the Court that Petitioner was scheduled to return to Minnesota on January 20 when he was actually transferred from Texas to New Mexico on that date, ECF Nos. 10, 26.

**Martin R. v. Bondi, et al.,** Case No. 26-CV-00168 (JMB/LIB)

On January 15, 2026, the Court ordered Respondents to provide Petitioner a bond hearing no later than 5:00 pm on January 16 or release Petitioner immediately,

4

and to file a status update by 11:00 am on January 20. ECF No. 5. Respondents never provided a bond hearing and did not release Petitioner until January 21, ECF Nos. 10, 12, after failing to file an update, ECF No. 9. Further, Respondents released Petitioner subject to conditions despite the Court's release order not providing for conditions. ECF Nos. 5, 12–13.

**Abdi W. v. Trump, et al.,** Case No. 26-CV-00208 (KMM/SGE)

On January 21, 2026, the Court ordered Respondents, within 3 days, to either (a) complete Petitioner's inspection and examination and file a notice confirming completion, or (b) release Petitioner immediately in Minnesota and confirm the date, time, and location of release. ECF No. 7. No notice was ever filed. The Court emailed counsel on January 27, 2026, at 10:39 am. No response was provided.

**Adriana M.Y.M. v. David Easterwood, et al.,** Case No. 26-CV-213 (JWB/JFD)

On January 24, 2026, the Court ordered immediate release in Minnesota and ordered Respondents to confirm the time, date, and location of release, or anticipated release, within 48 hours. ECF No. 12. Respondent was not released until January 30, and Respondents never disclosed the time of release, instead describing it as "early this morning." ECF No. 16.

**Estefany J.S. v. Bondi,** Case No. 26-CV-216 (JWB/SGE)

On January 13, 2026, at 10:59 am, the Court ordered Respondents to file a letter by 4:00 pm confirming Petitioner's current location. ECF No. 8. After receiving no response, the Court ordered Respondents, at 5:11 pm, to immediately confirm Petitioner's location and, by noon on January 14, file a memorandum explaining their failure to comply with the initial order. ECF No. 9. Respondents did not file the memorandum, requiring the Court to issue another order. ECF No. 12. On January 15, the Court ordered immediate release in Minnesota and required Respondents to confirm the time, date, and location of release within 48 hours. ECF No. 18. On January 20, having received no confirmation, the Court ordered Respondents to comply immediately.  ECF No. 21. Respondents informed the Court that Petitioner was released in Minnesota on January 17, but did not specify the time. ECF No. 22.

**Martha S.S. v. Kristi Noem, et al.,** Case No. 26-CV-231 (JWB/DLM)

On January 16, 2026, at 10:40 am, the Court ordered Respondents to immediately release Petitioner in Minnesota and confirm the time, date, and location of release within 48 hours. ECF No. 8. Respondents did not release Petitioner until 4:27 pm on January 20, ECF No. 13, and twice failed to provide the required confirmation of time, date, and location of release, ECF Nos. 10, 12.

**Joaquin Q. L. v. Bondi, et al.,** Case No. 26-CV-233 (LMP/DTS)

On January 21, 2026, the Court ordered Petitioner's immediate release in Minnesota. ECF No. 8. On January 26, Petitioner was still detained in Texas. ECF No. 10. Respondents did not release Petitioner until 2:54 pm on January 27. ECF No. 13.

**Jose L.C.C. v. Pamela Bondi, et al.,** Case No. 26-CV-244 (JWB/DTS)

On January 15, 2026, the Court ordered Respondents to immediately release Petitioner in Minnesota and confirm the time, date, and location of release within 48 hours. ECF No. 6. Respondents did not release Petitioner until January 18 and imposed conditions of release despite the release order not providing for any conditions. ECF Nos. 11–12. Respondents also failed to provide the required confirmation. ECF No. 10.

**Juan R. v. Bondi, et al.,** Case No. 26-CV-252 (SRN/DTS)

On January 16, 2026, Respondents were ordered to release Petitioner from custody within 48 hours. ECF No. 8. Respondents did not release Petitioner until January 23. ECF No. 11.

**Jesus A.P. v. Bondi, et al.,** Case No. 26-CV-261 (PJS/EMB)

On January 15, 2026, the Court enjoined Respondents from transferring Petitioner out of Minnesota and ordered his immediate return if he had already been removed. ECF No. 8. Respondents failed to comply with the order to return Petitioner to Minnesota immediately. Instead, on January 20, Respondents notified the Court that Petitioner was transferred to Texas on January 14 and that Petitioner would be "processed in El Paso for removal proceedings." ECF No. 12. On January 26, the Court ordered Petitioner's immediate release. ECF No. 13. On

6

this date, ICE's locator showed that Petitioner was in custody in Minnesota. It is unclear when Petitioner was returned.

**Abdiqadir A. v. Bondi, et al.,** Case No. 26-CV-272 (JMB/DTS)

On January 16, 2026, at 1:31 pm, after Respondents failed to answer the habeas petition, the Court ordered Respondents to release Petitioner by 5:00 pm. ECF No. 4.  Respondents did not release Petitioner until January 17. ECF No. 7.

**Sandra C. v. Bondi, et al.,** Case No. 26-CV-00283 (JMB/JFD)

On January 16, 2026, the Court ordered Respondents to provide Petitioner a bond hearing by 5:00 pm on January 20 or immediately release her. ECF No. 6. As of January 21, Petitioner was still in custody and had not had a bond hearing. ECF Nos. 8–9. The Court ordered Respondents to immediately release Petitioner. ECF No. 12. Petitioner was released later that day with conditions, ECF No. 16, despite the Court's orders not providing for conditions, ECF Nos. 6, 12, 18.

**Yeylin C.R. v. Bondi, et al.,** Case No. 26-CV-296 (NEB/LIB)

On January 20, 2026, at 11:37 am, the Court ordered Petitioner's immediate release. ECF No. 6. Petitioner was not released until January 21 and with conditions, despite the release order not providing for conditions. ECF No. 8–9. On January 26, ICE rescinded the conditions. ECF No. 14.

**Liban G. v. Noem, et al.,** Case No. 26-CV-301 (SRN/ECW)

On January 15, 2026, the Court enjoined Respondents from transporting Petitioner out of Minnesota. ECF No. 5. After being notified that Petitioner had been transported to Texas, the Court ordered Respondents to return Petitioner to Minnesota within 48 hours and notify the Court within 24 hours of his return.  ECF No. 8. On January 20, the Court ordered daily updates by 5:00 pm on the status of returning Petitioner to Minnesota. ECF No. 11. Respondents did not return Petitioner to Minnesota until January 22 and failed to timely update the Court on January 22 and 23. ECF Nos. 15, 16, 17. On January 23 at 10:56 am, the Court ordered Petitioner's release by 5:00 pm. ECF No. 18. Respondents did not release Petitioner until approximately 9:32 p.m. ECF No. 21.

**Joseph T.M. v. Bondi, et al.,** Case No. 26-CV-0309 (PJS/EMB)

On January 22, 2026, the Court ordered Petitioner's immediate release. ECF No. 6. On January 23, Petitioner's counsel notified the Court via email that, over 24 hours after Respondents were informed of the release order, Petitioner was still listed as in custody in Sherburne County. Per the email, Petitioner's attorney was told by an ICE representative on the phone that "a judge could not order ICE to release him immediately and that they would, essentially, get to it when they get to it." Respondents' counsel confirmed Petitioner's release shortly thereafter via email.

**Manolo Z. L. v. Trump, et al.**, Case No. 26-CV-316 (LMP/DTS)

On January 15, 2026, at 12:19 pm, the Court ordered Respondents to provide the Petitioner and the Court 72 hours' notice of any transfer of the Petitioner outside of Minnesota. ECF No. 3. After the Court's order, Petitioner was moved to Texas without notice to the Court. ECF No. 13.

**Diana L.-C. v. Bondi, et al.**, Case No. 26-CV-319 (NEB/JFD)

Diana L.-C., her brother, and her minor and U.S. Citizen friend filed a joint habeas action challenging their detention under 28 U.S.C. § 2241. Case No. 26-CV-293. On January 14, 2026, the Court enjoined Respondents from moving Petitioner outside of Minnesota. *Id.* ECF No. 4. The Court then severed the original Petition so that each petitioner had a separate docket. On January 15, ICE transferred Diana L.-C. to Texas. Case No. 26-CV-319, ECF No. 4.

**Felix J.C.A. v. Pamela Bondi, et al.,** Case No. 26-CV-328 (JWB/DLM)

On January 24, 2026, the Court ordered Respondents to release Petitioner immediately subject to any conditions imposed in 2019 and, within 48 hours, confirm the time, date, and location of release. ECF No. 7. The update did not state the time or location of release. ECF No. 10. In addition, Respondents improperly imposed a $1500 bond and did not timely respond to the Court's order to show cause. ECF Nos. 10–13.

**Ihor D. v. Noem, et al.,** Case No. 26-CV-00351 (JMB/DTS)

On January 20, 2026, the Court ordered Respondents to release Petitioner by 5:00 pm and confirm release by 11:00 am on January 21. ECF No. 8. On January 21,

Petitioner was still in ICE custody and was not scheduled to be returned to Minnesota for release until January 24. ECF No. 10. On January 22, the Court ordered Respondents to release Petitioner in Minnesota by January 24 and file a status update by 10:00 am on January 26. ECF No. 11. Respondents did not file a status update as ordered. ECF No. 12. After the Court issued an order to show cause, Respondents confirmed that Petitioner was released on January 22. ECF No. 13.

**Francisco M. v. Bondi, et al.,** Case No. 26-CV-369 (JMB/EMB)

On January 16, 2026, the Court enjoined Respondents from moving Petitioner out of Minnesota. ECF No. 3. On January 20, the Court ordered Respondents to provide a bond hearing or release by 5:00 pm on January 22 and update the Court by 11:00 am on January 23. ECF No. 6. On January 23, Petitioner's counsel notified the Court that he was unaware of any bond hearing and his client was in Texas. ECF No. 10. The Court ordered Respondents to provide details about the bond hearing and when Petitioner was transferred out of Minnesota by 4:00 pm on January 23, failing which the Court would order release. ECF No. 11. After Respondents failed to comply, the Court ordered Respondents to immediately release Petitioner in Minnesota. ECF No. 12. Respondents did not release Petitioner until January 26. ECF No. 15.

**Alberto C.M. v. Noem, et al.,** Case No. 26-CV-0380 (DWF/SGE)

On January 23, 2026, the Court ordered Respondents to immediately release Petitioner, i.e., leave his hospital room and remove restraints imposed against hospital recommendation, and file a status update within 3 days. ECF No. 9. Respondents failed to file the required update until after the Court issued an order to show cause. ECF No. 11.

**Josue David P. A. v. Bondi, et al.,** Case No. 26-CV-396 (LMP/JFD)

On January 17, 2026, the Court enjoined Petitioner's removal from Minnesota and ordered his immediate return to Minnesota if he had been removed. ECF No. 5. Counsel for Respondents admitted he did not communicate this order to ICE until January 20, at which time Petitioner had already been transferred to Texas. ECF No. 7. ICE did not respond to counsel's request for return to Minnesota. *Id.* The Court ordered Petitioner's transfer back to Minnesota by January 27, with a status report due at 9:00 am on January 28. ECF No. 8. Respondents did not file

9

the status report until after 5:00 pm on January 28, after the Court issued an order to show cause. ECF Nos. 10–11.

**Nadejda P. v. Lyons, et al.,** Case No. 26-CV-00404 (KMM/DLM)

On January 22, 2026, the Court ordered Respondents to either conduct an inspection or release Petitioner and to file a notice within three days, including the date, time, and location of release. ECF No. 7. No notice was ever filed. The Court emailed counsel on January 27 seeking an update. Petitioner's counsel confirmed that Petitioner was released on January 23. Respondents' counsel never responded.

**Paula G. v. Bondi, et al.,** Case No. 26-CV-410 (JMB/DLM)

On January 17, 2026, the Court enjoined Respondents from moving Petitioner out of Minnesota. ECF No. 3. On January 20, the Court ordered Respondents to release Petitioner in Minnesota no later than 4:00 pm. ECF No. 5. On January 21, Respondents notified the Court that Petitioner remained in ICE custody in Texas and that they did not intend to return her to Minnesota until January 24. ECF No. 6. The next day, Respondents advised the Court that Petitioner was flown from Texas to Minnesota on January 22 and released at 8:12 pm. ECF No. 8.

**Ronnie C. v. Pamela Bondi, et al.,** Case No. 26-CV-423 (JWB/JFD)

On January 18, 2026, the Court enjoined Respondents from transferring Petitioner out of Minnesota. ECF No. 3. At some unspecified time, ICE transferred the petitioner to Texas, claiming that it had not been made aware of the order. ECF No. 5. On January 21, the Court ordered Respondents to immediately release Petitioner in Minnesota and confirm the time, date, and location of release within 48 hours. ECF No. 6. Respondents failed to file an update. On January 26, the Court ordered Respondents to immediately comply with the order to confirm the time, date, and location of release. ECF No. 8. On January 27, Respondents notified the Court that Petitioner was released from the Whipple Building "the morning of January 23." ECF No. 9.

**J.B.C.O., et al., v. Bondi, et al.,** Case No. 26-CV-0424 (JRT/DJF)

On January 19, 2026, at 11:16 am, the Court ordered Respondents to produce a judicial warrant justifying entry into Petitioners' home no later than 5:00 pm or the Court would order Petitioners' immediate release. ECF No. 6. At 6:39 pm,

10

having received no response, the Court ordered release in Minnesota within 72 hours and required Respondents to provide a status update within 5 days. ECF No. 9. At a January 22 status conference, Respondents' counsel represented that they would comply with the Court's order. On January 23, Petitioners' counsel notified the Court that Petitioners were still in custody in Texas. ECF No. 13. On January 25, having received no formal filings from Respondents, the Court ordered Respondents to immediately release Petitioners in Minnesota and file a status update by 5:00 pm. ECF No. 14.  Respondents then notified the Court that three petitioners had been released that day and the remainder were expected to be released that evening. ECF No. 15.

**Silvestre R. C. v. Bondi, et al.**, No. 26-CV-436 (LMP/JFD)

On January 23, 2026, the Court ordered Respondents to release Petitioner by 5:00 pm on January 24 and provide a status update affirming release by 10:00 am on January 26. ECF No. 6. Respondents did not comply with that order. The Court then ordered Respondents to show cause by 3:00 pm on January 26 why they should not be held in contempt. ECF No. 8. Respondents' response was late, ECF No. 11, and in the meantime, Petitioner's counsel notified the Court that Petitioner was released 26 hours after the Court's deadline, ECF No. 10.

**Darvin M. v. Bondi, et al.,** Case No. 26-CV-437 (SRN/EMB)

On January 19, 2026, the Court enjoined Respondents from transporting Petitioner outside of Minnesota and ordered his immediate return if he had already been transferred.  ECF No. 5. Respondents transported Petitioner out of state and failed to immediately return him, as ordered. ECF No. 11.

**Maria U.C.G. v. Pamela Bondi, et al.,** Case No. 26-CV-439 (JWB/LIB)

On January 24, 2026, the Court ordered Respondents to immediately release Petitioner in Minnesota, subject to any conditions of Petitioner's November 2022 order of supervision, and confirm the time, date, and location of release. ECF No. 10. The update did not provide the time of Petitioner's release and acknowledged that Respondents imposed conditions inconsistent with the November 2022 order of supervision. ECF No. 12.

**Abdirahman S. v. Bondi, et al.,** Case No. 26-CV-00440 (JMB/DJF)

On January 22, 2026, the Court ordered Respondents to release Petitioner no later than 4:00 pm on January 23 and file a letter by 11:00 am on January 26 confirming that Petitioner was released. ECF No. 7. Respondents did not file the letter. On January 27, the Court ordered Respondents to file a letter by 4:00 pm affirming that Petitioner was released as well as a declaration by an individual with personal knowledge stating where and when Petitioner was released. ECF No. 9. Respondents did not file the letter and declaration until January 28. ECF Nos. 11–12.

**Enrique L. v. Bondi, et al.,** Case No. 26-CV-00444 (JMB/SGE)

On January 20, 2026, at 10:06 am, Respondents were enjoined from moving the Petitioner out of Minnesota. ECF No. 3. Petitioner was transferred out of Minnesota at 2:10 pm that day. ECF No. 5.

**Fernando T. v. Noem, et al.,** Case No. 26-CV-0445 (ECT/EMB)

On January 20, 2026, at 11:23 am, the Court enjoined respondents from transporting Petitioner out of Minnesota. ECF No. 7. Respondents admitted that, after having been informed of this order, they transported Petitioner from Minnesota to Texas. ECF No. 9. On January 23, the Court ordered Respondents to file a status report and stated that, absent assurance that Petitioner would be returned before 11:59 pm on January 24, the Court would issue a show-cause order. ECF No. 11. Respondents confirmed that Petitioner would be back in Minnesota on January 24. ECF No. 12. On January 24, the Court ordered Respondents to release Petitioner within 48 hours. ECF No. 13. Because Respondents had not returned Petitioner to Minnesota, he was released in Texas on January 25. ECF No. 17. His counsel personally paid for a plane ticket so Petitioner could return to Minnesota. ECF No. 18.

**Alexis D.A.M. v. Bondi, et al.,** Case No. 26-CV-447 (JRT/ECW)

On January 20, 2026, at 11:51 am, the Court enjoined Respondents from transferring Petitioner out of Minnesota. ECF No. 3. Respondents transferred Petitioner out of Minnesota on January 20. ECF No. 5. On January 26, the Court ordered Respondents to release Petitioner. ECF No. 6. Respondents released Petitioner subject to conditions despite the release order not providing for conditional release. ECF No. 11. After the Court ordered Respondents to identify

their authority for imposing conditions, ECF No. 12, Respondents removed the conditions, ECF No. 13.

**Miguel D. v. Bondi, et al.,** 26-CV-00448 (KMM/DLM)

On January 21, 2026, at 12:20 pm, the Court ordered Petitioner's immediate transfer back to Minnesota. ECF No. 4. On January 23, at 7:58 pm, the Court ordered Petitioner's immediate release. ECF No. 7. Petitioner was not released until January 26, after Petitioner's counsel filed a motion for an order to show cause on January 25 at 11:55 pm stating that Petitioner was still detained in Texas. ECF Nos. 9, 11.

**Hector T.G. v. Bondi, et al.,** Case No. 26-CV-449 (NEB/LIB)

On January 23, 2026, the Court ordered Respondents to immediately release Petitioner in Minnesota and file a notice within two days confirming release in Minnesota. ECF No. 8. Respondents did not release Petitioner until January 26 and did not file a notice until January 28, after the Court ordered Respondents to file an update immediately. ECF Nos. 10–11. Respondents also failed to confirm the location of release. ECF No. 11.

**Luis S. v. Bondi, et al.,** Case No. 26-CV-454 (ECT/LIB)

On January 22, 2026, the parties stipulated to the Petitioner's immediate, unconditional release and the Court issued a corresponding order for Petitioner's immediate release with no conditions of supervision. ECF Nos. 5–7. Respondents did not release Petitioner until January 24, subject to conditions, and retained Petitioner's driver's license and work permit. ECF No. 16. The Court held a contempt hearing at which Respondents agreed that they violated the order because Petitioner's release was neither immediate nor unconditional.

**Sonia M.M.C. v. Pamela Bondi, et al.,** Case No. 26-CV-457 (JWB/LIB)

On January 24, 2026, the Court ordered Respondents to release Petitioner immediately in Minnesota, subject to the conditions of her November 2022 release, and to confirm the time, date, and location of release. ECF No. 6. Respondents failed to report the time of release and imposed conditions inconsistent with the November 2022 order of supervision. ECF No. 8. On January 27, the Court ordered Respondents, by February 3, to identify the

authority under which they imposed conditions and confirm the time of Petitioner's release. ECF No. 9. Respondents failed to file anything.

**Jose A. v. Noem, et al.,** Case No. 26-CV-00480 (JMB/ECW)

On January 22, 2026, the Court ordered Respondents to provide Petitioner a bond hearing or release in Minnesota by 5:00 pm on January 23 and file a status update by 11:00 am on January 26. ECF No. 9. Respondents did not release Petitioner until January 25, ECF No. 13, after repeatedly failing to file status updates as ordered, ECF Nos. 11–12.

**Ivan R. v. Pamela Bondi, et al.,** Case No. 26-CV-485 (JWB/EMB)

On January 21, 2026 at 12:55 pm, the Court enjoined Respondents from moving Petitioner out of Minnesota. ECF No. 4. Respondents moved Petitioner to Texas on January 21 and claimed that they had not yet been informed of the Court's order. ECF No. 7. On January 24, the Court ordered Respondents to immediately release Petitioner in Minnesota and confirm the time, date, and location of release. ECF No. 8. The update did not include the time of release. ECF No. 10.

**Yosber I.M.C. v. Bondi, et al.,** Case No. 26-CV-489 (JRT/DLM)

On January 21, 2026, at 3:45 pm, the Court enjoined Respondents from transporting Petitioner out of Minnesota. ECF No. 4. Petitioner was transferred to an ICE facility in Texas on the evening of January 21. ECF No. 5. On January 29, the Court ordered Respondents to transport Petitioner to Minnesota, unconditionally release him, and return all of his possessions, within 48 hours. ECF No. 9. Petitioner was released with conditions. ECF No. 11.

**Fabian L.C. v. Bondi, et al.,** Case No. 26-CV-493 (NEB/DLM)

On January 24, the Court ordered Respondents to unconditionally release Petitioner within 24 hours. ECF No. 7. Respondents released Petitioner on January 26 subject to conditions. ECF No. 9.

**Maria P. v. Brott, et al.,** Case No. 26-CV-00504 (JMB/JFD)

On January 23, 2026, the Court ordered Respondents to release Petitioner by 4:00 pm and confirm release by 11:00 am on January 26. ECF No. 6. Respondents failed to file anything. On January 27, after the Court issued an order to show

cause, Respondents notified the Court that Petitioner was released on January 23 at 8:18 pm. ECF No. 9.

**Brayan M.O. v. Bondi, et al.,** Case No. 26-CV-517 (NEB/JFD)

On January 24, at 7:05 pm, the Court ordered Respondents to release Petitioner within 24 hours. ECF No. 8. Respondents did not release Petitioner until January 26 at 6:35 pm. ECF No. 10.

**Isidro L. v. Lyons, et al.,** Case No. 26-CV-00537 (JMB/DLM)

On January 22, 2026, at 9:42 am, the Court enjoined Respondents from moving Petitioner out of Minnesota. ECF No. 3. On January 23 at 1:44 am, ICE notified Petitioner's counsel that Petitioner was moved to Texas. ECF No. 7.

On January 26, the Court ordered that Petitioner, who was still in Texas, be released in Minnesota no later than 4:00 pm on January 28 and ordered Respondents to confirm release in Minnesota by 11:00 am on January 29. ECF No. 8. Respondents did not release Petitioner until January 30, ECF No. 12, after twice failing to file the required update, ECF Nos. 10–11, and finally filing an update more than six hours past the extended deadline, ECF Nos. 11–12.

**Maria V.H., et al., v. Bondi, et al.,** Case No. 26-CV-546 (JMG/DLM)

On January 22, 2026, the Court enjoined Respondents from removing petitioners from Minnesota and ordered their immediate return if they had already been removed. ECF No. 4. On January 24, Petitioners filed a motion for contempt alleging that they had been moved to Texas on January 23. ECF Nos. 8, 11. Respondents stated that Petitioners were not in Minnesota on January 22, but did not identify the time of removal. ECF No. 14. On January 24, the Court ordered Respondents to immediately return Petitioners to Minnesota, release them immediately upon return, and file a status report by January 26. ECF No. 18. Respondents failed to file a status report. On January 27, the Court issued an order reminding Respondents to file a status report. ECF No. 20. Although the case involved four Petitioners, Respondents reported that an unspecified "Petitioner" was released in Minnesota at 1:15 am on January 26. ECF No. 21.

**Elvis T. E., et al. v. Bondi, et al.,** Case No. 26-CV-00561 (KMM/JFD)

On January 22, 2026, at 8:10 pm, the Court enjoined Respondents from removing Petitioners from Minnesota. ECF No. 4. At 8:57 pm, the Court alerted Respondents to the imminent filing of a temporary restraining order requiring release of Petitioner C.R.T.V. by 9:30 pm; the order was filed at 9:02 pm. ECF No. 7. Respondents were required to notify the Court as soon as C.R.T.V. was released. *Id.* At 8:59 pm, Respondents' counsel notified the Court that Petitioners were placed on an 8:30 pm flight, after the order enjoining their removal was filed.

**Guled O. v. Noem, et al.,** Case No. 26-CV-0575 (ADM/DJF)

On January 23, 2026, the Court enjoined Respondents from removing Petitioner from Minnesota and required Respondents to immediately return him if he had already been removed. ECF No. 3. On January 26, Respondents informed the Court that Petitioner was in Texas and that the plans for his return were not known. ECF No. 5.

On January 28, the Court ordered Respondents to immediately release Petitioner in Minnesota. ECF No. 8. Respondents did not release Petitioner until February 2. ECF No. 11.

**Carlos A. G. v. Bondi, et al.,** Case No. 26-CV-00580 (SRB/DJF)

On January 23, 2026, at 2:11 pm, the Court enjoined Respondents from moving Petitioner out of Minnesota. ECF No. 3. On January 23 at 10:04 pm, after Petitioner notified the Court that he was not in Minnesota, the Court ordered Respondents to show cause for Petitioner's transfer, identify his current location, and immediately return him to Minnesota. ECF No. 6. Respondents failed to file anything. On January 26, Petitioner's counsel requested a hearing because she had not been able to locate her client and had received no response to her attempts to contact Respondents. ECF No. 7. At a January 28 hearing, Respondents notified the Court that Petitioner had been returned to Minnesota. ECF No. 13.

**Jose V. v. Easterwood, et al.,** Case No. 26-CV-597 (DSD/LIB)

On January 25, 2026, the Court enjoined Respondents from removing Petitioner from Minnesota and ordered Petitioner's return if he had already been removed.

16

ECF No. 5. By January 28, Respondents still had not returned Petitioner to Minnesota. ECF No. 9.

**Marco Q. v. Noem, et al.,** Case No. 26-CV-00663 (SRB/DLM)

On January 26, 2026, the Court enjoined Respondents from removing Petitioner from Minnesota. ECF No. 4. After being notified of the order, Respondents moved Petitioner out of Minnesota. ECF No. 5. On January 27, the Court ordered Respondents to return Petitioner to Minnesota immediately. ECF No. 6. On January 28, Respondents notified the Court that Petitioner was still in Texas. ECF No. 8. On January 29, the Court ordered Respondents to transfer Petitioner to Minnesota and immediately release him. ECF No. 10. On January 30, Petitioner notified the Court that he had been in Minnesota since January 28 but remained in custody. ECF No. 12. Respondents released Petitioner at 10:16 pm on January 31. ECF No. 14.