# APPENDIX B

## Habeas Cases with Order Non-Compliance (New)

**Bishar Ahmed A. v. Bondi et al.**, Case No. 26-CV-197 (LMP/EMB)

On January 20, 2026, the Court ordered Respondents to provide Petitioner a bond hearing or immediate release by January 26 and provide a status update by January 27. ECF No. 9. Respondents never provided a status update.

**Paulo S. v. Bondi, et al.**, Case No. 26-CV-221 (NEB/DJF)

On January 16, 2026, the Court ordered a bond hearing or release within 7 days and ordered Respondents to provide an update within fourteen days. ECF No. 3. Respondents failed to file an update until after the Court issued a second order for an update on February 3. ECF Nos. 5–6.

**Edwin Mauricio Z. P. v. Bondi et al.**, Case No. 26-CV-222 (LMP/DJF)

On January 20, 2026, the Court ordered Respondents to provide Petitioner a bond hearing or release by January 27. ECF No. 8. Respondents notified the Court that Petitioner was released on bond on January 27. ECF No. 11. This was a misrepresentation, as Petitioner was still in custody on January 29. ECF No. 12. The Court ordered Respondents to release Petitioner no later than noon on January 30. ECF No. 13. As of 1:26 pm on January 30, Petitioner was still in custody. ECF No. 14. At 3:11 pm, the Court ordered that Respondents certify Petitioner's release no later than 5:00 pm. ECF No. 16. At 6:50 pm, Respondents notified the Court that Petitioner had been released sometime before 5:00 pm. ECF No. 17.

**Lesly M.M. v. Bondi, et al.**, Case No. 26-CV-237 (NEB/DLM)

On January 26, 2026, at 6:10 pm, the Court ordered Respondents to release Petitioner within 24 hours. ECF No. 15.  Respondents released Petitioner on January 28 at 8:07 pm. ECF No. 17.

**Stalin Fernando C. T. v. Bondi et al.**, Case No. 26-CV-247 (LMP/LIB)

On January 20, 2026, the Court granted Petitioner a bond hearing or release by January 27 and ordered Respondents to file a status update by January 28. ECF

1

No. 5. Respondents failed to file a status update and did not release Petitioner until January 30, after the Court again ordered Respondents to file an update. ECF No. 8, which was filed over 24 hours late, ECF Nos. 10–11.

**Eliseo M. M. v. Noem et al.**, Case No. 26-CV-255 (LMP/LIB)

On January 21, 2026, the Court ordered Respondents to hold a bond hearing or release Petitioner by January 28 and file a status update by January 29. ECF No. 5. Respondents failed to file a status update until January 30, after the Court again ordered them to do so. January 30 text order; ECF No. 9.

**Victor S.M. v. Noem et al.**, Case No. 26-CV-400 (DWF/EMB)

On January 21, 2026, the Court ordered Respondents to hold a bond hearing or release Petitioner by January 28 and provide a status update by January 31. ECF No. 7. Respondents failed to file a status update until February 2, after the Court again ordered them to do so. ECF Nos. 9–10.

**U.H.A. v. Bondi et al.**, Case No. 26-CF-417 (JRT/DLM)

On January 28, 2026, the Court ordered Respondents to immediately release members of the putative Detained Subclass detained in Minnesota, return members detained elsewhere to Minnesota and release them by February 2, and coordinate safe release with Plaintiffs' counsel. ECF No. 41. On February 3, the Court learned that Defendants had failed to timely release some members of the Detained Subclass, failed to coordinate with counsel during release of others, released at least one class member in Texas, and imposed conditions of release despite the Court's order not providing for conditional release. ECF No. 69.

**Victor S.A. v. Bondi,** Case No. 26-CV-0443 (PJS/ECW)

On January 26, 2026, the Court ordered Petitioner's immediate release. ECF No. 8. Respondents did not release Petitioner until January 30, ECF No. 16, after Petitioner notified the Court that he was still in custody and the Court scheduled a hearing. ECF Nos. 11, 14.

**Jhisvin A.B.V.A. v. Bondi et al.**, Case No. 26-CV-455 (JRT/EMB)

On January 24, 2026, the Court ordered Respondents to unconditionally release Petitioner as soon as practicable, to inform counsel in advance of the time and

2

place of release, and to file a status update by 5:00 pm on January 27. ECF No. 8. Respondents failed to file a status update and Petitioner was not released until January 28, subject to conditions. ECF No. 9. On January 29, the Court ordered Respondents to remove the conditions immediately and for the parties to file a status update within 24 hours. ECF No. 10. Respondents failed to file a timely update and did not remove the conditions until February 5. ECF No. 15.

**Kaw B.H. v. Noem, et al.**, Case No. 26-CV-483 (NEB/SGE)

On January 27, 2026, the Court ordered Respondents to release Petitioner within 24 hours and confirm release within two days of release. ECF No. 10. Respondents failed to file a timely update. ECF Nos. 12–13.

**Ruth H.P. v. Noem, et al.**, Case No. 26-CV-529 (JWB/DJF)

On January 26, 2026, the Court granted Petitioner's habeas petition in part and ordered Respondents to complete inspection under 8 U.S.C. § 1159(a) or release Petitioner within 5 days. ECF No. 9. On January 28, after receiving an update from Petitioner, the Court ordered Respondents to file a report addressing the status of screening under § 1159(a), specifying what actions remained in order to complete inspection, and stating whether Petitioner had been provided her medication and whether Petitioner's medical or hygiene needs had been assessed or addressed. ECF No. 12. Respondents reported that Petitioner was released on January 28 without providing any of the required information. ECF No. 13.

**Indriany S.M.C. v. Easterwood et al.**, Case No. 26-CV-539 (JWB/JFD)

On January 27, 2026, the Court ordered Respondents to immediately release Petitioner in Minnesota and confirm the time, date, and location of the release within 48 hours. ECF No. 8. Respondents' status report failed to include the time of release. ECF No. 11.

**Rudy P.A. v. Bondi, et al.**, Case No. 26-CV-563 (NEB/EMB)

On January 27, 2026, the Court ordered Respondents to release Petitioner within 24 hours and confirm release within two days of release. ECF No. 11. Respondents failed to file an update until February 4, after the Court again ordered them to do so. ECF Nos. 13–14.

**Franklin I.G.R. v. Bondi et al.**, Case No. 26-CV-567 (DWF/DTS)

On January 27, 2026, the Court ordered Respondents to immediately and unconditionally release Petitioner and provide a status update within 3 days. ECF No. 8. Respondents failed to file an update until February 2, after the Court again ordered them to do so. ECF No. 10–11. Respondents also imposed conditions on Petitioner's release despite being expressly prohibited from doing so and did not remove them until after the Court ordered them to do so. ECF Nos. 14–15.

**Claudio E.A.S. v. Bondi et al.**, Case No. 26-CV-583 (DWF/DLM)

On January 28, 2026, at 12:40 pm, the Court ordered Respondents to immediately release Petitioner in Minnesota and confirm release within 3 days. ECF No. 5. Respondents did not release Petitioner until 6:58 pm on January 30, ECF No. 8, and did not file an update until after the Court again ordered them to do so, ECF Nos. 7–8.

**Luis I. A. v. Easterwood et al.**, Case No. 26-CV-585 (LMP/DTS)

On January 23, 2026, the Court enjoined Petitioner's removal from Minnesota and ordered his immediate return to Minnesota if he had been removed. ECF No. 5. Respondents did not disclose it, but at the time the Court entered its order granting a bond hearing, on January 28 the ICE locator showed that Petitioner was in Texas. On January 28, the Court ordered Respondents to provide Petitioner a bond hearing, return Petitioner to Minnesota by February 2, and provide a status update no later than noon on February 3 confirming that Petitioner was in Minnesota. ECF No. 9. Respondents failed to file a status update. On February 3 at 12:52 pm, the Court ordered Respondents to file a status update by 11:59 pm that day. ECF No. 11. On February 5, Respondents notified the Court that Petitioner was provided a bond hearing but did not disclose Petitioner's location. ECF No. 12.

**Amparo M.T.T. v. Bondi et al.**, Case No. 26-CV-598 (JWB/SGE)

On January 28, 2026, the Court ordered Respondents to immediately release Petitioner in Minnesota and confirm the time, date, and location of release within 48 hours. ECF No. 9. Respondents' update did not include the time of release. ECF No. 11.

**Segundo A.P.G. v. Bondi et al.**, Case No. 26-CV-603 (JWB/LIB)

On January 27, 2026, the Court ordered Respondents to immediately release Petitioner in Minnesota and confirm the time, date, and location of release within 48 hours. ECF No. 9. Respondents did not release Petitioner until February 2 at 10:00 pm, ECF No. 25, after repeatedly failing to file the status update and respond to the Court's order to show cause, ECF Nos. 11, 13.

**Joel R. v. Bondi,** Case No. 26-CV-605 (JMB/DJF)

On January 24, 2026, the Court enjoined Respondents from moving Petitioner out of Minnesota. ECF No. 4. On January 27, the Court ordered Respondents to unconditionally release Petitioner no later than 4:00 pm on January 28 and file a status update by 11:00 am on January 29. ECF No. 7. Respondents failed to file an update. On January 29, the Court ordered Respondents to file the update by 4:00 pm. ECF No. 9. Respondents notified the Court that they had moved Petitioner to Texas on January 24, where he remained in custody. ECF No. 10. On January 30, the Court ordered Respondents to confirm Petitioner's unconditional release and location of release by 11:00 am on February 2. ECF No. 11. Respondents failed to file the update. On February 3, the Court ordered Respondents to comply with the January 30 order by 11:00 am on February 4. ECF No. 12. On February 3, Respondents filed an update that Petitioner was released in Texas at an unspecified date and time, contrary to the Court's order that he be released in Minnesota. ECF No. 13.

**Maximiliano D.T. v. Noem et al.,** Case No. 26-CV-0610 (PJS/JFD)

On January 29, 2026, the Court ordered Respondents to immediately return Petitioner to Minnesota and release him. ECF No. 4. On February 2, Petitioner's counsel notified the Court that Petitioner appeared to be in Minnesota but was still in custody. ECF No. 6. The Court scheduled a show-cause hearing. ECF No. 7. On February 5, Petitioner's counsel confirmed that the Petitioner had been released and the Court canceled the hearing. ECF Nos. 8–9.

**Agustina R.E. v. Bondi, et al.**, Case No. 26-CV-612 (NEB/LIB)

On January 27, 2026, the Court ordered Respondents to release Petitioner in Minnesota as soon as practicable with coordination or at least two hours' advance notice to counsel. ECF No. 9. Respondents timely released Petitioner but failed to coordinate with or notify counsel and imposed conditions on release,

5

despite the release order not providing for conditions. ECF No. 13. On February 6, in response to a briefing order, Respondents stated that they would either justify or withdraw the conditions within 72 hours. ECF No. 16. Respondents did not file anything else until February 19, after the Court again ordered them to do so. ECF Nos. 17–18.

**Brandon P.S. v. Bondi, et al.**, Case No. 26-CV-626 (NEB/DLM)

On January 24, 2026, the Court ordered Respondents to immediately return Petitioner to Minnesota. ECF No. 4. On January 27, the Court ordered Respondents to release Petitioner in Minnesota within 2 days. ECF No. 8. As of 1:24 am on January 30, Petitioner was still in custody in Texas. ECF No. 10. Respondents released Petitioner later that day, apparently in Minnesota, but subject to conditions despite the Court's order not providing for conditional release. ECF No. 15.

**Jordy Steven C. J. v. Bondi et al.**, Case No. 26-CV-632 (LMP/LIB)

On January 28, 2026, the Court ordered Respondents to release Petitioner and file a status update by 12:00 pm on January 30. ECF No. 7. Respondents failed to file the update until February 3, after the Court again ordered them to do so. ECF Nos. 9–10.

**Luis C. v. Bondi et al.,** Case No. 26-CV-636 (SRN/SGE)

On January 28, 2026, the Court ordered Respondents to release Petitioner and return all of his papers and personal property. ECF No. 6. Petitioner did not receive his papers until February 9, after the Court again ordered their return. ECF Nos. 11, 14.

**S.M. v. Bondi et al.**, Case No. 26-CV-639 (JRT/DTS)

On February 1, 2026, the Court ordered Respondents to unconditionally release Petitioner, with all of her personal effects, by 5:00 p.m. on February 2. ECF No. 18. Respondents timely released Petitioner, but subject to conditions and without her personal effects. ECF No. 20. On February 3, the Court ordered Respondents to remove Petitioner's conditions of release immediately and ordered the parties to file an update within 48 hours. ECF No. 21. On February 5, after being ordered to remove the conditions, Respondents confirmed the removal but stated they were still attempting to locate Petitioner's personal effects. ECF No. 23.

**Juan V.A.C. v. Bondi et al.**, Case No. 26-CV-645 (JWB/EMB)

On January 27, 2026, the Court ordered Respondents to immediately release Petitioner and, within 48 hours, confirm the time, date, and location of his release or anticipated release. ECF No. 7. Respondents failed to file the update. On January 30, the Court ordered Respondents to immediately file the update and file a letter by 3:00 pm showing cause why they should not be held in contempt. ECF No. 9. On February 1, Respondents notified the Court that Petitioner was released on January 31, ECF No. 10, and never responded to the show-cause order.

**Hilaria P.C. v. Noem, et al.**, Case No. 26-CV-687 (NEB/ECW)

On January 30, 2026, the Court ordered Respondents to release Petitioner within 24 hours and file a notice within two days of release. ECF No. 7. Respondents failed to file the notice until February 6, after the Court again ordered them to do so. ECF Nos. 9, 11.

**Pedro D. v. Bondi et al.,** Case No. 26-CV-688 (KMM/ EMB)

On January 30, 2026, the Court ordered Respondents to release Petitioner within 24 hours and with all of his personal effects that were seized during arrest, including but not limited to immigration paperwork. ECF No. 5. As of February 19, despite two follow-up orders, ECF Nos. 9, 11, Respondents have still not returned all of Petitioner's property, ECF No. 13. Respondents also failed to timely comply with the Court's February 13 order to file a declaration by February 19 that "describe[s] with specificity the efforts undertaken to return the property," instead offering a declaration that describes ICE procedures generally. ECF Nos. 11, 14.

**Walter Rodrigo I. M. v. Noem et al.**, Case No. 26-CV-698 (LMP/ECW)

On January 27, 2026, the Court enjoined Petitioner's removal from Minnesota and ordered Respondents to answer the Petition by January 30. ECF No. 4. Respondents did not file a timely answer. On February 2, Petitioner notified the Court that Respondents had transferred him to Texas on January 28. ECF No. 6. Also on February 2, Respondents notified the Court that Petitioner was currently in Minnesota. ECF No. 7. On February 3, Respondents informed the Court that its previous representation was untrue and that Petitioner was currently en route to Minnesota. ECF No. 9.

**Yousef H. v. Noem et al.**, Case No. 26-CV-716 (LMP/DJF)

On January 30, 2026, the Court ordered Respondents to provide a bond hearing or release Petitioner by February 6 and file a status update by February 9. ECF No. 6. Respondents did not file a status update until they were again ordered to do so. ECF Nos. 8–9.

**Francisco Z. v. Bondi,** Case No. 26-CV-722 (JMB/ECW)

On January 29, 2026, the Court ordered Respondents to unconditionally release Petitioner in Minnesota by 4:00 pm. ECF No. 8. On January 30, Respondents notified the Court that Petitioner was still in custody in Texas. ECF No. 10. On February 2, Respondents notified the Court that Petitioner was released on the morning of January 31. ECF No. 12. Respondents released Petitioner with conditions, which were not rescinded until February 5. ECF No. 16.

**Claudio A.A. v. Bondi,** Case No. 26-CV-742 (KMM/LIB)

On February 18, 2026, the Court ordered Respondents to release Petitioner in Minnesota by 5:00 pm on February 19. ECF No. 14. On February 19, Respondents notified the Court that Petitioner was still in custody and was scheduled to be transported back to Minnesota on February 21. ECF No. 16.

**Jose G.A.M. v. Bondi et al.**, Case No. 26-CV-743 (DWF/DJF)

On January 30, 2026, the Court ordered Respondents to immediately release Petitioner without conditions and file an update by February 2. ECF No. 8. Respondents failed to release Petitioner until February 3, improperly imposed conditions on release, and twice failed to file a timely update. ECF Nos. 10, 12, 13. Respondents did not remove the conditions until they were ordered to do so. ECF Nos. 14–15.

**Julio C. v. Bondi et al.,** Case No. 26-CV-744 (JMB/DTS)

On January 29, 2026, the Court ordered Respondents to immediately and unconditionally release Petitioner by 4:00 pm on January 30 and either return Petitioner's property or state a legal basis for retention. ECF No. 7. On January 30, Respondents notified the Court that Petitioner was detained in Texas and asked for additional time to comply with the release order. ECF No. 9. On February 2, Respondents informed the Court that Petitioner had been released on the evening of January 31 in Minnesota. ECF No. 11. Petitioner contends that he

was not released until around 6:00 pm on February 1 subject to conditions and without his identity documents. ECF No. 15. On February 3, the Court ordered Respondents to file a response to Petitioner's motion to show cause by February 9. ECF No. 16. Respondents failed to file a response and the motion remains pending.

**Angel B. v. Bondi et al.,** Case No. 26-CV-751 (JMB/SGE)

On January 30, 2026, the Court ordered Respondents to unconditionally release Petitioner no later than 4:00 pm and affirm that Petitioner was released in accordance with the terms of the Order by 11:00 am on February 2. ECF No. 5. On January 31, Respondents notified the Court that Petitioner was flown back to Minnesota and released on January 31 at 1:34 am, but did not confirm that Petitioner was released without conditions. ECF No. 8. Respondents did not remove the conditions until February 10. ECF No. 16.

**Hassan H. v. Bondi et al.**, Case No. 26-CV-770 (JWB/DJF)

On February 2, 2026, the Court ordered Respondents to immediately release Petitioner and confirm the time, date, and location of release within 48 hours. ECF No. 8. Respondents failed to file the update. On February 5, the Court ordered Respondents to provide an update immediately. ECF No. 10. Respondent notified the Court that Petitioner was released on February 2, but did not include the time or location of release. ECF No. 11. On February 6, the Court ordered Respondents to confirm the time and location of release. ECF No. 12. Respondents timely filed a notice of release with the time, date, and location, but the notice named a different petitioner in the caption. ECF Nos. 13–14. On February 10, the Court ordered Respondents to file a supplemental update by February 13. ECF No. 14. Respondents failed to file the supplemental update.

**Karla R.C. v. Olson, et al.**, Case No. 26-CV-773 (JWB/DLM)

On January 30, 2026, the Court ordered Respondents to immediately release Petitioner and confirm the time, date, and location of release within 48 hours. ECF No. 9. Respondents failed to file the update. On February 4, the Court ordered Respondents to comply immediately. ECF No. 11. On February 5, Respondents notified the Court that Petitioner was released in Minnesota on January 31, but did not include the time of release. ECF No. 12.

**Christian C.C. v. Noem, et al.**, Case No. 26-CV-793 (NEB/DLM)

On January 31, the Court ordered Respondents to release Petitioner in Minnesota within 24 hours and notify the Court within 48 hours of release. ECF No. 7. Respondents failed to file the update. On February 4, Petitioner's counsel notified the Court that Petitioner was still in custody and his location was unknown. ECF No. 9. The Court ordered Respondents to update the Court immediately. ECF No. 10. Respondents notified the Court that Petitioner would be returned to Minnesota on February 5 for release. ECF No. 11.

**Roberto N. v. Bondi et al.**, Case No. 26-CV-799 (JRT/DTS)

On February 1, 2026, the Court ordered Respondents to release Petitioner within 48 hours and the parties to file a status report by 5:00 pm on February 4. ECF No. 7. Respondents did not release Petitioner until February 4 and no party filed a status report until the Court again ordered them to do so. ECF Nos. 8–10.

**Diego V.M. v. Bondi, et al.**, Case No. 26-CV-814 (NEB/JFD)

On February 1, 2026, the Court ordered Respondents to release Petitioner in Minnesota within 24 hours, to coordinate with or give notice to Petitioner's counsel, and to return Petitioner's personal effects. ECF No. 8. Petitioner was not released until February 4 at around 4 am, and Respondents failed to coordinate with Petitioner's counsel and withheld Petitioner's car keys, cell phone, and wallet. ECF No. 10.

**Katheryn S.A.C. v. Noem et al.**, Case No. 26-CV-815 (JWB/JFD)

On February 3, 2026, the Court ordered Respondents to immediately release Petitioner in Minnesota, return all Petitioner's personal property, and confirm the time, date, and location of release within 48 hours. ECF No. 9. Respondents failed to timely file the status update. On February 6, Petitioner notified the Court that she had been released on February 5, but without all of her personal property. ECF No. 11. The Court ordered respondents to confirm the return of the property or provide a status update by February 9. ECF No. 13. On February 9, Respondent reported that the property had not yet been returned. ECF No. 14. On February 12, Respondents reported that Petitioner's property had been located with the exception of Petitioner's state identification card, Social Security card, and employment authorization card, and that counsel had instructed Respondents to keep searching. ECF No. 17. The Court ordered Respondents to

10

file a letter providing a status update by February 19. ECF No. 18. Respondents did not file the update.

**Ricardo I.S.S. v. Noem, et al.**, Case No. 26-CV-816 (JWB/SGE)

On February 2, 2026, the Court ordered Respondents to immediately release Petitioner in Minnesota and confirm the time, date, and location of release within 48 hours. ECF No. 7. Respondents did not file a status update. On February 5, the Court ordered Respondents to file the update immediately. ECF No. 9. Respondents reported that Petitioner was released "last night, February 4," in Minnesota, but did not report the time of release. ECF No. 11.

**Guadalupe O.G. v. Bondi, et al.**, Case No. 26-CV-820 (KMM/DLM)

On February 4, 2026, the Court ordered Respondents to immediately and unconditionally release Petitioner in Minnesota, with all his personal effects, and to confirm release by 5:00 pm on February 5. ECF No. 9. Respondents did not file an update until the Court again ordered them to do so. ECF Nos. 11, 13. On February 13, Petitioner notified the Court that Respondents had released him subject to conditions. ECF No. 14. Respondents did not remove the conditions until after the Court ordered them to do so. ECF Nos. 20–21.

**Angel O. v. Noem, et al.**, Case No. 26-CV-822 (JMB/DJF)

On February 2, 2026, the Court ordered that Petitioner be released on or before 4:00 pm on February 3. ECF No. 6. Respondents did not release Petitioner until 8:02 pm on February 3. ECF No. 8.

**Segundo G.U.O. v. Bondi et al.**, Case No. 26-CV-830 (DWF/LIB)

On February 2, 2026, the Court ordered Respondents to immediately and unconditionally release Petitioner and file an update affirming release within 3 days. ECF No. 8.  Respondents did not file the update until the Court again ordered them to do so. ECF Nos. 10–11. On February 6, Petitioner notified the Court that Respondents had released him subject to conditions. ECF No. 12. Respondents did not remove the conditions until being ordered to do so. ECF Nos. 13–14.

**Rosemary N.A. v. Easterwood et al.**, Case No. 26-CV-832 (JRT/JFD)

On February 5, 2026, the Court ordered Respondents to release Petitioner within 48 hours and required the parties to file a status update by 5:00 pm on February 8. ECF No. 9. The parties did not timely file an update and Respondents did not release Petitioner until February 10 at 10:26 pm, after Petitioner filed a notice that she was still in custody as of that morning. ECF Nos. 11, 15. Further, Respondents failed to notify the Court of Petitioner's release until February 19, despite the Court giving a second deadline of February 12. ECF Nos. 12, 15.

**Francisco R.C. v. Bondi et al.**, Case No. 26-CV-833 (DWF/JFD)

On February 2, 2026, the Court ordered Respondents to immediately release Petitioner and file an update within 3 days. ECF No. 6. Respondents failed to file an update. After issuing a second deadline that Respondents failed to meet, ECF No. 8, the Court issued an order to show cause on February 9, ECF No. 9, and Respondents filed the update on February 10, ECF No. 10.

**Domingo L.T. v. Bondi, et al.**, Case No. 26-CV-835 (JWB/DLM)

On February 2, 2026, the Court ordered Respondents to release Petitioner immediately and file an update within 48 hours. ECF No. 8. Respondents failed to file the update and did not release Petitioner until February 5, after the Court again ordered them to file an update and a letter showing cause why they should not be held in contempt. ECF Nos. 10, 12. Respondents filed a late update, ECF No. 10, but never responded to the show-cause order.

**Emilio P. v. Bondi,** Case No. 26-CV-850 (JMB/SGE)

On January 30, 2026, at 10:51 am, the Court enjoined Respondents from removing Petitioner from Minnesota and, if he had already been removed, ordered his return by February 2. ECF No. 3. On February 2, at 11:30 am, the Court ordered Respondents to release Petitioner in Minnesota by 4:00 pm on February 3. ECF No. 5. Petitioner's counsel notified the Court that on February 2, the ICE locator placed Petitioner in custody in Texas, but Respondents transported Petitioner to Mexico that day. ECF Nos. 8, 13. Petitioner's motion for contempt remains pending.

**Juan Gabriel M.A. v. Bondi, et al.**, Case No. 26-CV-852 (NEB/DTS)

On February 7, 2026, the Court ordered Respondents to immediately transfer Petitioner to Minnesota, release Petitioner within 24 hours, and notify the Court within three days of release. ECF No. 12. Respondents failed to file the notification until February 17. ECF No. 15.

**Gabriel A.H.L. v. Noem et al.**, Case No. 26-CV-860 (JRT/EMB)

On February 6, 2026, the Court ordered Respondents to unconditionally release Petitioner within 48 hours and with all of his personal effects. ECF No. 6. Petitioner was not released until February 9 at approximately 2:30 pm. ECF No. 8. Petitioner's counsel has not yet been able to determine if Petitioner was released with his possessions and documentation and without conditions. ECF No. 7.

**Mervis E.A.M. v. Bondi,** Case No. 26-CV-00861 (JRT/DTS)

On February 6, 2026, the Court ordered that Petitioner be released within 48 hours and that the parties file a status update by 5:00 pm on February 9, 2026. ECF No. 8. The Court did not receive a status report by the deadline. On February 11, the Court ordered the parties to file an update by 5:00 pm on February 13. ECF No. 9. On February 12, Respondents notified the Court that Petitioner was released at 6:16 pm on February 11. ECF No. 10.

**Daniel Felipe C. C. v. Bondi et al.**, Case No. 26-CV-863 (LMP/SGE)

On February 5, 2026, the Court ordered Respondents to return Petitioner to Minnesota, immediately release him, and file a status update by 3:00 pm on February 11. ECF No. 8. Respondents failed to file a status report. On February 13, the Court ordered Respondents to comply. ECF No. 10. Respondents then notified the Court that Petitioner was released on February 9. ECF No. 11.

**Gabriel J. v. Bondi et al.**, Case No. 26-CV-865 (SRN/LIB)

On February 4, 2026, the Court ordered Respondent to confirm Petitioner's release within 48 hours. ECF No. 7. Respondents failed to do so. On February 11, the Court ordered Respondents to show cause why they should not be held in contempt. ECF No. 8. Respondent's counsel then notified the Court that

13

Petitioner was released on February 5 and acknowledged the failure to comply with the deadline. ECF No. 9.

**Antonia D.L.A.C.R. v. Easterwood, et al.**, Case No. 26-CV-873 (JWB/JFD);
**A.L.D.A.T.C. v. Easterwood, et al.**, Case No. 26-CV-875 (JWB/JFD)

On January 30, 2026, the Court enjoined Respondents from transferring Petitioners out of Minnesota and, if they had been transferred, ordered their immediate return. No. 26-CV-873, ECF No. 6; No. 26-CV-875, ECF No. 6. Respondents transferred Petitioners to Texas that same day, claiming that the agency did not know of the injunction. No. 26-CV-875, ECF No. 11. On February 3, the Court ordered Respondents to release Petitioners and confirm the time, date, and location of release within 48 hours. No. 26-CV-873, ECF No. 11; No. 26-CV-875, ECF No. 12. Respondents' update did not include the time of release. No. 26-CV-875, ECF No. 14.

**Junior O.P.V. v. Bondi, et al.**, Case No. 26-CV-890 (JWB/JFD)

On February 3, 2026, the Court ordered Respondents to release Petitioner without an order of recognizance or similar instrument. ECF No. 9. Respondents released Petitioner on an order of recognizance. ECF No. 11. Respondents did not remove the conditions until the Court issued an order to show cause. ECF Nos. 12–13.

**Jose M.L.H. v. Easterwood, et al.**, Case No. 26-CV-893 (JWB/DLM)

On February 2, 2026, the Court ordered Respondents to immediately release Petitioner and confirm the time, date, and location of release. ECF No. 9. Respondents' update did not confirm the time. ECF No. 11.

**Rafael A.P.A. v. Bondi et al.**, Case No. 26-CV-906 (JRT/ECW)

At 1:59 pm on February 6, 2026, the Court ordered Respondents to release Petitioner within 48 hours. ECF No. 6. Respondents did not release Petitioner until 9:16 pm on February 8. ECF No. 7.

**Luis A.Z.H. v. Bondi et al.**, Case No. 26-CV-915 (JRT/LIB)

At 2:35 pm on February 4, 2026, the Court ordered Respondents to release Petitioner in Minnesota within 48 hours and provide him with his prescription

14

medications. ECF No. 6. On February 7, Petitioner was still in custody and not yet in Minnesota. ECF No. 7. Also on February 7, Petitioner's counsel emailed the Court that ICE agents failed to confirm that Petitioner was given his medications and failed to respond to multiple messages. Petitioner was not released until February 9. ECF Nos. 9, 10.

**Juan Carlos G.A. v. Bondi et al.**, Case No. 26-CV-941 (LMP/SGE)

On February 3, 2026, the Court ordered Respondents to release Petitioner no later than 5:00 pm on February 5. ECF No. 6. Respondents released Petitioner after the deadline and subject to conditions, asserting that Petitioner had a prior removal order which justified conditions of release. ECF Nos. 8, 10. During briefing on the petition, Respondents never raised Petitioner's removal order. ECF No. 4. Accordingly, the Court struck the conditions of release. ECF No. 15.

**Fredy S. v. Bondi,** Case No. 26-CV-961 (ECT/DTS)

On February 5, 2026, at 5:00 p.m., the Court ordered that, if Petitioner was in Minnesota, Respondents must release him within 48 hours. ECF No. 7. Although Petitioner was in Minnesota, Respondents did not release Petitioner until 7:30 am on February 8, after the Court issued an order to show cause. ECF Nos. 9–12.

**Jonathan A.L.L. v. Lyons, et al.**, Case No. 26-CV-968 (JWB/DJF)

On February 6, 2026, the Court ordered Respondents to immediately release Petitioner and confirm the time, date, and location of release within 48 hours. ECF No. 6. Respondents did not release Petitioner until February 10 and failed to file a timely update. ECF No. 11.

**Wilmer M.A. v. Bondi, et al.**, Case No. 26-CV-975 (NEB/EMB)

On February 6, 2026, the Court ordered Respondents to release Petitioner within 24 hours. ECF No. 7. Respondents did not release Petitioner until February 9. ECF No. 11.

**George A. v. Easterwood, et al.,** Case No. 26-CV-983 (JMB/ECW)

On February 6, 2026, the Court ordered Respondents to release Petitioner by 4:00 pm on February 7 and file an update and declaration by 11:00 am on February 9 providing details about the release. ECF No. 7. Respondents did not release

Petitioner until February 9 and their update was not timely and did not include the declaration. ECF No. 9. The Court ordered Respondents to file the required documentation by 11:00 am on February 11. ECF No. 10. After respondents failed to comply, the Court ordered compliance by 4:00 pm on February 12. ECF No. 11. Respondents' filing named a different Petitioner, with a different date of release, and did not include the required declaration. ECF No. 12.

**Alfredo A., et al. v. Easterwood, et al.,** Case No. 26-CV-1016 (PJS/DLM)

At 10:51 am on February 6, 2026, the Court ordered emergency, immediate release of Petitioner due to his son's critical medical emergency. ECF No. 7. Beginning at 10:00 am, the assigned Judge personally contacted Minnesota's United States Attorney, Daniel Rosen, the U.S. Marshal, and Respondents' counsel to ensure timely release. Despite being detained locally, in Sherburne County, Petitioner had not been released as of 5:41 pm. Just before 7:00 pm, Petitioner's counsel filed a motion for contempt. ECF No. 8. After this filing, Petitioner's counsel "received word that Petitioner would be released." ECF No. 11. Petitioner's release "occurred around 8:20 pm" on February 6, more than 9 hours after his emergency immediate release was ordered by the Court. *Id.*

**Brayan A.L. v. Bondi et al.**, Case No. 26-CV-1019 (JRT/SGE)

On February 6, 2026, the Court ordered Respondents to unconditionally release Petitioner within 48 hours and coordinate the release with Petitioner's counsel, and ordered the parties to provide an update by 5:00 pm on February 9. ECF No. 7. Respondents did not release Petitioner until 2:00 am on February 10, in freezing temperatures and apparently without coordinating with counsel, and subject to conditions. ECF No. 9. Respondents also failed to file a timely update. ECF No. 8.

**Haidee C.C. v. Bondi, et al.**, Case No. 26-CV-1022 (JWB/DJF)

On February 6, 2026 at 3:15 pm, the Court ordered Respondents to release Petitioner immediately and confirm the time, date, and location of release within 48 hours. ECF No. 8. Respondents did not release Petitioner until more than 24 hours later and did not file the update until after the Court issued another order on February 9. ECF Nos. 10–11. The update did not include the time of release. ECF No. 11.

**Ibrahime D. v. Bondi, et al.**, 26-CV-1046 (KMM/SGE)

On February 8, 2026, the Court ordered Respondents to release Petitioner in Minnesota within 24 hours, with all of his personal effects, and notify the Court within 24 hours of release or notify the Court as to when Petitioner would be released. ECF No. 6. Respondents did not release Petitioner until February 10 and did not notify the Court within 24 hours of release. ECF No. 9. Petitioner alleges that Respondents damaged his documents and there is a pending order to show cause. ECF Nos. 11–13.

**Jorge P.M. v. Bondi, et al.,** Case No. 26-CV-1065 (PJS/EMB)

At 8:53 am on February 5, 2026, the Court enjoined Respondents from transferring Petitioner out of Minnesota and ordered his immediate return if he had already been transferred. ECF No. 3. That evening, Petitioner's counsel notified the Court that Petitioner had been transferred to Texas. ECF No. 4.

**Jonathan P.Y.G. v. Bondi et al.**, Case No. 26-CV-1100 (JRT/ECW)

On February 6, 2026, the Court ordered Respondents to release Petitioner within 48 hours and to coordinate with counsel to ensure that Petitioner was not left outside in the cold. ECF No. 6. Respondents did not release Petitioner until February 9 and, contrary to their representations that they would release Petitioner to his counsel, they left Petitioner outside in the cold. ECF No. 7.

**Jorge H.C.F. v. Bondi et al.**, Case No. 26-CV-1111 (DWF/SGE)

On February 6, 2026, the Court enjoined Respondents from moving Petitioner out of Minnesota and ordered them to immediately return Petitioner if Petitioner was transferred. ECF No. 3. Respondents failed to return Petitioner to Minnesota, instead transferring Petitioner from one facility in Texas to another. ECF No. 4.

**Bryan Israel P. R. v. Noem et al.**, Case No. 26-CV-1213 (LMP/SGE)

On February 8, 2026, the Court enjoined Respondents from moving Petitioner out of Minnesota and ordered Petitioner's immediate return if he had been moved. ECF No. 4. Petitioner was moved to Texas after entry of the order and was still there on February 11. ECF No. 6. On February 11, the Court ordered Respondents to release Petitioner and file a status report confirming compliance and identifying the individuals responsible for transporting Petitioner to Texas

17

and failing to promptly return him. ECF No. 8. Respondents confirmed the time, date, and location of release, but did not provide further information. ECF No. 11.

**Erika Vanesa L.-V. v. Bondi, et al.**, Case No. 26-CV-1219 (NEB/DTS)

On February 8, 2026, the Court enjoined Respondents from moving Petitioner out of Minnesota and ordered immediate return if Petitioner was transferred. ECF No. 3. By February 9, Petitioner was in Texas. ECF No. 5. On February 10, Respondents informed the Court that Petitioner was scheduled to return that day, ECF No. 6, and the Court ordered Respondents to immediately transfer Petitioner to Minnesota and release her within 24 hours, ECF No. 9. Respondent then informed the Court that Petitioner was scheduled to return to Minnesota on February 12. ECF No. 11. Petitioner was not released until approximately 5:30 pm on February 12 and reported that Respondents did not provide her any food that day. ECF Nos. 12–13.

**Jose Antonia H.S. v. Bondi, et al.**, Case No. 26-CV-1253 (NEB/DTS)

On February 9, 2026, the Court enjoined Respondents from moving Petitioner out of Minnesota and ordered immediate return if Petitioner was transferred. ECF No. 3. On February 12, Petitioner's counsel alleged that, on February 11, Petitioner called his partner and said he had just been moved to a facility in Texas. ECF No. 8. The Court ordered Respondents to respond to Petitioner's motion for an order to show cause by February 17. ECF No. 10. The Court also separately ordered Respondents to release Petitioner by February 15 and confirm Petitioner's release within 4 days. ECF No. 11. As of February 21, Respondents had neither responded to Petitioner's motion nor confirmed Petitioner's release.

**Lucio C.A. v. Noem**, Case No. 26-CV-1441 (KMM/EMB)

On February 15, 2026, the Court enjoined Respondents from transferring Petitioner out of Minnesota and required his immediate return if he had been transferred. ECF No. 4. On February 18, the Court ordered Respondents to release Petitioner by 5:00 pm on February 19. ECF No. 5. At 10:08 pm on February 19, Respondents notified the Court that Petitioner was still in custody, had not yet been returned to Minnesota, and was scheduled to be transferred to Minnesota on February 21. ECF No. 8.